# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **POTTSGROVE SCHOOL DISTRICT,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **D.H., et al.,** | : | No. 17-2658 |
| *Defendants*. | : | |

## **O R D E R**

**AND NOW**, this 10th day of September, 2018, upon consideration of Plaintiff's Complaint (Doc. No. 1), the Hearing Officer's Decision (Doc. No. 7), Defendants' Answer and Amended Answer (Doc. Nos. 8 & 14), Plaintiff's Motion to Dismiss Defendants' Counterclaim (Doc. No. 10), Defendants' Response in Opposition (Doc. No. 11), Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15), Defendants' Response in Opposition (Doc. No. 16), Plaintiff's Reply in Support (Doc. No. 17), and oral argument previously held herein, **it is ORDERED** as follows:

1. Plaintiff's Motion to Dismiss Defendants' Counterclaim (Doc. No. 10) is **deemed MOOT**.

2. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) is **GRANTED in part and DENIED in part** in accordance with the accompanying Memorandum.

3. The case is **REMANDED** to the Hearing Officer for further proceedings consistent with the accompanying Memorandum.

4. The **Clerk of Court** shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE